670

No. 1099. MEREDITH v. AMRINE ET AL. April 27, 1942. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis*, denied. *Bert Meredith, pro se.*

No. 960. MOSHER v. HUDSPETH, WARDEN. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *John Mosher, pro se. Solicitor General Fahy, Assistant Attorney General Berge*, and *Messrs. Oscar A. Provost* and *Henry J. Fox* for respondent.

No. 1043. MCCLEARY v. HUDSPETH, WARDEN. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Arthur R. McCleary, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for respondent.

No. 1061. RODGERS v. MARTIN, WARDEN. April 27, 1942. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Charles D. Rodgers, pro se.*